UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUIDO VALLEJO,<br>*on behalf of himself, FLSA collective Plaintiffs and the Class,*<br>　　　　　Plaintiff,<br>　v.<br>DL RESTAURANT DEVELOPMENT LLC, ET AL,<br>　　　　　Defendants. | Case No.: 23-cv-08130<br><br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff Guido Vallejo ("Plaintiff") to take a judgment against DL Restaurant Development LLC, in the sum of Seven Thousand Five Hundred Dollars and No Cents ($7,500.00), with respect to all of his Fair Labor Standards Act claims against Defendants DL Restaurant Development LLC, Michael Cetrulo and Jesus Saves, Inc., in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 27, 2024 and filed as Exhibit A to Docket Number 60;

**WHEREAS**, on April 10, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 60);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Guido Vallejo, in the sum of $7,500.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 27, 2024 and filed as Exhibit A to Docket Number 60. ~~As the Court has no jurisdiction over the remaining claims~~, the Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: April 11, 2024
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

The Court declines to exercise supplemental jurisdiction over any remaining state law claims.